IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **TIMOTHY R. MURRAY,** *Plaintiff,* v. **HOMEVETS REALTY, LLC,** *Defendant.* | § § § § § § § § § § | CASE NO. 6:24-CV-00419-ADA-DTG |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland (Dkt. 52) regarding Defendant, Homevets Realty, LLC's motion to dismiss pursuant to executed settlement agreement and request for attorney fees (Dkt. 48). The report recommends that (1) Defendant's motion to dismiss pursuant to the executed settlement agreement be **GRANTED**; (2) the request for attorney fees against the plaintiff be **DENIED-AS-MOOT**; and (3) all other pending motions are **DENIED-AS-MOOT**. The report was filed on October 27, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 52) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss pursuant to the executed settlement agreement is **GRANTED.**

**IT IS FURTHER ORDERED** that the request for attorney fees against the plaintiff is **DENIED-AS-MOOT**.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED-AS-MOOT.**

**SIGNED** this 11th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE